KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JERALD L. MOSLEY, State Bar No. 106072
Supervising Deputy Attorney General
CLAUDIA RAMIREZ, State Bar No. 205340
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-5678
 Fax:  (213) 897-1071
 E-mail:  Claudia.Ramirez@doj.ca.gov
*Attorneys for Defendants*
*Shirleen Wright-Pearson, Manjula Nair, Waldine Doering, Marta Spaeth, Jonathan Akanno, Ismail Patel, and Lourdes Villaruz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE ARMSTRONG,**<br><br>  Plaintiff,<br><br>  v.<br><br>**SHIRLEEN WRIGHT-PEARSON; MANJULA NAIR; WALDINE DOERING; MARTA SPAETH; JONATHAN AKANNO; ISMAIL PATEL; LOURDEZ VILLARUZ, DOES 1 THROUGH 10,**<br><br>  Defendants. | Case No. 1:10-CV-01856 LJO JLT<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER DATED DECEMBER 20, 2011;  ORDER**<br><br>**(Doc. 41)** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff, CARRIE ARMSTRONG, In Pro Per, and Defendants SHIRLEEN WRIGHT-PEARSON, MANJULA NAIR, WALDINE DOERING, MARTA SPAETH, JONATHAN AKANNO, ISMAIL PATEL, AND LOURDES VILLARUZ, through their attorney, Kamala D. Harris, Attorney General, by Claudia Ramirez, Deputy Attorney General, to modify the Scheduling Order dated December 20, 2011 [Docket No. 40].

1

On December 20, 2011, the parties appeared before Magistrate Judge Jennifer L. Thurston for a Scheduling Conference.  On December 20, 2011, the Court issued a Scheduling Order [Docket No. 40].  The Scheduling Order provides that the parties are directed to disclose all expert witnesses, in writing, on or before August 3, 2012 and to disclose all rebuttal experts on or before August 24, 2012.  The Scheduling Order also provides that the parties are ordered to complete all discovery pertaining to non-experts on or before September 7, 2012 and all discovery pertaining to experts on or before September 21, 2012.

A Scheduling Order may be modified upon a showing of good cause.  Fed. R. Civ. P. 16(b)(4).  Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence.  *Johnson v. Mammoth Recreations, Inc.* 975 F.2d 604, 609 (9th Cir. 1992).

Defendants have diligently pursued discovery since the Scheduling Order was issued seven months ago.  Defendants have propounded two sets of Special Interrogatories, two sets of Demands for Production of Documents, and deposed Plaintiff on July 12-13, 2012.  Defendants have subpoenaed various records, including court and medical records.  Nevertheless, Defendants require additional time to complete discovery (including the deposition of two witnesses, Bertha Sanchez and Phillip Trueworthy) and to allow review of the discovery by Defendants' expert witnesses and prepare written reports.

Defendants have not made any previous request for an extension.

There would not be any prejudice to Plaintiff as a result of the extensions, since those extensions do not impact the other deadlines set forth in the December 20, 2011 Scheduling Order.

**IT IS SO STIPULATED AND AGREED**.

Dated: July ___, 2012

BY:_____
CARRIE ARMSTRONG
Plaintiff, In Pro Per

Dated: August ___, 2012

KAMALA D. HARRIS
Attorney General of California
JERALD L. MOSLEY
Supervising Deputy Attorney General


CLAUDIA RAMIREZ
Deputy Attorney General
*Attorneys for Defendants*
*Shirleen Wright-Pearson, Manjula Nair,*
*Waldine Doering, Marta Spaeth, Jonathan*
*Akanno, Ismail Patel, and Lourdes Villaruz*

## ORDER

Good cause appearing, the Court ORDERS:

1. The Scheduling Order dated December 20, 2011 is amended as follows:

    a. Expert Witness Disclosure SHALL occur no later than October 2, 2012;

    b. Rebuttal Expert Witness Disclosure SHALL occur no later than October 23, 2012;

    c. Non-Expert Discovery SHALL be completed no later than November 6, 2012;

    d. Expert Discovery SHALL be completed no later than November 20, 2012;

2. **No further modifications to the scheduling order were sought and no further modifications are authorized**.

IT IS SO ORDERED.

Dated:   **August 6, 2012**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE