UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ARMSTRONG,<br><br>    Plaintiffs,<br><br>v.<br><br>SHIRLEEN WRIGHT-PEARSON, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01856 LJO  JLT<br><br>ORDER GRANTING EX PARTE APPLICATION TO EXTEND DEADLINE FOR DISCLOSURE OF THE EXPERT REPORT OF LINDA REYNOLDS<br><br>(Doc. 43) |

    On September 28, 2012, Defendants filed a request for an extension of time within which their expert, Linda Reynolds, could provide her expert report. (Doc. 43) Defendants explain that Ms. Reynolds' mother recently passed away which interfered with her ability to complete her expert report. Id. They request an extension until October 16, 2012 to provide the report though they indicate they will make their expert disclosure in a timely fashion on October 2, 2012. Id. at 2.

    Attached to the application is email correspondence with Plaintiff in which Ms. Armstrong agreed to the extension of time but had not yet returned the signed stipulation to this effect. (Doc. 43 at 7)

///

///

///

1

Based upon the foregoing, the Court **GRANTS** the application and **ORDERS**;

1.  The parties **SHALL** make their expert disclosure no later than October 2, 2012.  The disclosures **SHALL** be complete and **SHALL** be accompanied by all expert reports except the expert report of Linda Reynolds **SHALL** be provided no later than October 16, 2012;

2.  Plaintiff is granted until **November 2, 2012** to disclose any experts intended to rebut the testimony of Linda Reynolds;

3.  **No other modifications to the scheduling order are authorized.**

IT IS SO ORDERED.

Dated:   **October 1, 2012**              /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE