IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ARMSTRONG, | CASE NO. CV F 10-1856 LJO JLT |
| Plaintiff, | **ORDER TO RETURN DOCUMENTS** |
| vs. | |
| SHIRLEEN WRIGHT-PEARSON, et al., | |
| Defendants. | |

On November 2, 2012, defendants filed their summary judgment papers and set a December 11, 2012 hearing to render plaintiff Carrie Armstrong's ("Ms. Armstrong's") opposition papers due no later than November 27, 2012. *See* Local Rule 230(c). Ms. Armstrong filed no timely opposition papers, and this Court rendered its November 30, 2012 decision to grant defendant's summary judgment. On December 5, 2012, Ms. Armstrong submitted to the Court numerous pages of purported opposition papers which fail to establish reconsideration of summary judgment or the impropriety of summary judgment for defendants. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") Moreover, given this Court's heaviest caseload in the nation, this Court is unable to revisit decided matters at the expense of other actions and litigants.

1       In the interests of justice and to preserve the record, this Court DIRECTS the clerk to attach a copy of Ms. Armstrong's papers to this order and to return the original papers to Ms. Armstrong. This Court ADMONISHES Ms. Armstrong that she must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and is subject to sanctions as this Court deems appropriate.

      IT IS SO ORDERED.

**Dated:   December 6, 2012**                    **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE