IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ARMSTRONG, | CASE NO. CV F 10-1856 LJO JLT |
| Plaintiff, | **ORDER TO DENY RELIEF** |
| vs. | (Doc. 58.) |
| SHIRLEEN WRIGHT-PEARSON, et al., | |
| Defendants. | |

Based on a strong record, this Court's November 30, 2012 order granted defendants summary judgment. On December 5, 2012, plaintiff Carrie Armstrong ("Ms. Armstrong") submitted to the Court numerous pages of purported opposition papers which fail to establish reconsideration of summary judgment or the impropriety of summary judgment for defendants. This Court ordered the return of Ms. Armstrong's papers to her.

On December 18, 2012, Ms. Armstrong again submitted papers which this Court construes as an attempt to vex this Court and defendants and to challenge summary judgment for defendants. This Court has reviewed all of Ms. Armstrong's papers, and they fail to raise a legitimate challenge to any of this Court's rulings or its actions. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") Moreover, given

1

1  this Court's heaviest caseload in the nation, this Court is unable to revisit decided matters at the expense
2  of other actions and litigants.
3       As such, this Court DENIES Ms. Armstrong relief requested in her papers filed on December
4  18, 2012, and ADMONISHES Ms. Armstrong that this Court will refuse to file, return and/or strike Ms.
5  Armstrong's further papers which attempt to vex this Court and/or defendants.
6       IT IS SO ORDERED.
7  **Dated:   December 20, 2012**                    **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE